USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

George Skabardonis )
)
)
**Plaintiff,** )
) No. 17 cv - 70
v. )
)
)
Bank of America Corporation; )
Bank of America, N.A., and FIA Card )
Services, N.A. )
**Defendants.** )

## STIPULATION OF DISMISSAL

Plaintiff and all Defendants stipulate and agree that all claims in this action should be dismissed, with prejudice against the Plaintiff, with each party to bear its own costs and attorney's fees.

_____   9-13-17
Law Office of Joseph Mauro, LLC   Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

_____   9/13/17
McGuireWoods LLP by Graham Claybrook   Date
201 North Tryon Street Suite 3000
Charlotte, NC 28202-2146
Attorney for Defendant

The parties have stipulated to the dismissal
of this action under Rule 41(a)(1)(A)(ii).
The Clerk of Court is directed to close the case.

Dated: September 14, 2017
New York, New York

_____
GREGORY H. WOODS
United States District Judge